OPINION — AG — ** LAND OFFICE COMMISSIONERS — CONTRACTOR'S SURETY BOND ** THE COMMISSIONER'S OF THE LAND OFFICE MUST DEMAND A SURETY BOND, AS REQUIRED BY 61 O.S. 1 [61-1], AND NO CONTRACT CAN BE AWARDED TO ANY CONTRACTOR WITH WHOM THEY DO BUSINESS UNTIL THE REQUIRED BOND HAS BEEN PROPERLY FILED. (COMMISSIONERS OF THE LAND OFFICE, CONSTRUCTION) CITE: OPINION NO. JANUARY 10, 1945 (MIKE D. MARTIN)